IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
DEC 04 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| KELLY TARBERT,<br><br>Plaintiff,<br><br>vs.<br><br>ALEX AZAR, Secretary, U.S. Department of Health & Human Services,<br><br>Defendant. | CV 19–149–M–DLC<br><br><br><br>ORDER |

Before the Court is Defendant Alex Azar, Secretary, U.S. Department of Health and Human Services' Unopposed Motion for Leave to File Under Seal. (Doc. 6.) Finding good cause, the Court will file the Certified Administrative Record for Plaintiff Kelly Tarbert under seal.

IT IS ORDERED that Defendant's Motion (Doc. 6) is GRANTED. The Clerk of Court is directed to file the lodged Certified Record under seal.

DATED this 4th day of December, 2019.

*[signature]*

Dana L. Christensen, Chief District Judge
United States District Court