UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KELLY TARBERT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALEX AZAR, Secretary, U.S. Department of Health & Human Services,<br><br>　　　　　Defendant. | Case No. CV-19-149-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X　Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is CLOSED pursuant to the Order issued on today's date.

Dated this 9th day of March, 2020.

TYLER P. GILMAN, CLERK

By: /s/ A.S. Goodwin
A.S. Goodwin, Deputy Clerk

